# UNITED STATES DISTRICT COURT
## District of Minnesota

BMO HARRIS BANK N.A.,   **JUDGMENT IN A CIVIL CASE**

               Plaintiff(s),

v.   Case Number: 17-cv-4709 JNE/LIB

CARY DEASON and EDWARD DEASON,

               Defendant(s).

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Plaintiff's Motion for Summary Judgment [ECF No. 15] is GRANTED.
2. Judgment in the amount of $140,721.83 is entered against Defendants.
3. Defendants will pay an additional $65.72 per day in prejudgment interest starting from March 1, 2018 until the date judgment is entered. Defendant will pay postjudgment interest in accordance with 28 U.S.C. § 1961.
4. Plaintiff is awarded costs and its reasonable attorneys' fees and expenses and shall submit its application for attorneys' fees and expenses under Fed. R. Civ. P. 54 and LR 54.3(c).

Date: 5/23/2018   KATE M. FOGARTY, CLERK

                                                           s/Katie Thompson
                                           (By)   Katie Thompson, Deputy Clerk